AO 91 (Rev. 5/95) Criminal Complaint   *Felony*

United States District Court
Southern District of Texas
FILED

APR - 3 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

V

**CRIMINAL COMPLAINT**

**GRIMALDO, MELISSA**
A216 609 460
UNITED STATES

CASE NUMBER: **B-18- 343 -MJ**

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 4/02/2018 in Cameron County, in the SOUTHERN District of TEXAS defendant, did,

encouraged or induced an alien to come to, enter, or reside in the United States knowing or in reckless disregard of the fact that such alien has not received prior authorization to come to, enter, or reside in the United States and done for the purpose of commercial advantage or private financial gain,

in violation of Title  8  United States Code, Section(s)   1324(a)(1)(A)(iv)  ,

in violation of Title  8  United States Code, Section(s)   1324(a)(2)(B)(ii)  .

I further state that I am a(n) Customs and Border Protection Officer and that this complaint is based on the following facts:

The defendant attempted to smuggle into the United States, a 9YOA undocumented alien by guiding her thru primary inspection at the pedestrian lane at Gateway International Bridge in Brownsville, TX. The defendant presented a United States Social Security card issued in the United States in the name of HORTENCIA A.GONZALEZ and further claimed the child as her daughter to a U.S. Customs and Border Protection Officer. In secondary, the defendant admitted that she was not the mother of the child and further that the documents presented did not belong to the child. The undocumented alien, was identified as N.S.S.C. and was determined by Customs and Border Protection Officers to be a citizen and national of Mexico by birth with no documents to enter and/or reside in the United States. Further, the defendant was to transport the child to Austin Texas to the mother and was to be compensated $2,000 U.S. Dollars for her efforts.

Continued on the attached sheet and made a part hereof: ___Yes  X No

JESUS LONGORIA CBPEO
Signature of Complainant

Sworn to before me and subscribed in my presence,

**April 3, 2018**                                  at        **Brownsville, Texas**
Date                                                          City and State

**RONALD G. MORGAN, U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                              Signature of Judicial Officer